APPEARANCE

## United States Bankruptcy Court

For the _____Northern_____ District of _____Illinois_____

In re　　　　　　　　　　　　)
　　　　　　　　　　　　　　　)　Case No.
　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　)

I, THE UNDERSIGNED, HEREBY FILE MY APPEARANCE AS ATTORNEY FOR

_____
_____
_____

| Print Name on this Line | Firm Name |
|---|---|
| /s/ David L. Kane | FIRM ID NUMBER: |
| Signature | |
| ATTORNEY ID NUMBER _____ | Street Address |
| | City　　　State　　　Zip |
| | Telephone |

Trial Attorneys*

_____
　　　Print Name

*Request is made for trial attorney to avoid possible conflicts in scheduling.

　　DATED: _____

TYPE OF DEFENSE COUNSEL:

　　CJA _____ ,RETAINED _____ ,SELF _____ ,NONE OTHER _____ ,PUB DEF _____

FOR OFFICE USE ONLY:

　　Party Code: P _____　D _____　TP _____